UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANN BOGIE, *et al.*,

    Plaintiffs,

vs.

BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC, *et al.*,

    Defendants.

Case No. 3:18-cv-87

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOC. 1); (2) DIRECTING RESPONDENTS PROVIDE ALL RESPONSIVE DOCUMENTS ON MAY 24, 2018 AT 10:30 A.M. IN COURTROOM FOUR; AND (3) ADVISING RESPONDENTS THAT FAILURE TO APPEAR AND/OR PRODUCE RESPONSIVE DOCUMENTS MAY RESULT IN THE IMPOSITION OF SANCTIONS**

---

    This miscellaneous civil case[1] is before the Court on the motion of Defendants Bridgestone Amercias Tire Operations, LLC and Bridgestone Americas, Inc. to compel production of documents sought by a subpoena they issued to and served upon non-parties Dhaliwal Trucking, Inc. and Sukhdeep Singh Brar (hereafter collectively referred to as "Respondents"). Doc. 1. Respondents did not file a memorandum in opposition to Defendants' motion and the time for doing so has expired. On April 30, 2018, the undersigned held a hearing in open court on Defendants' motion. Attorney Patrick Healy appeared and participated on behalf of Defendants. Respondents did not appear and counsel did not appear on their behalf.

    There being no opposition to Defendants' motion to compel, Defendants' motion is hereby **GRANTED**. Doc. 1. Respondents Dhaliwal Trucking, Co., Inc. and Sukhdeep Singh Brar are

---

[1] Although filed as a civil case with a civil case number ("cv"), this case is appropriately a miscellaneous case ("mc") and will be treated as such rather than refiled as a mc case.

**ORDERED** to produce all documents responsive to Defendants' subpoena *duces tecum*. Such production shall occur on **May 24, 2018 at 10:30 a.m.** in **Courtroom #4** in the **Federal Building, 200 West Second Street, Fifth Floor, Dayton, Ohio 45402**. Respondents are **ADVISED** that failure to appear and/or to produce all responsive documents in their possession on May 24, 2018 may result in the issuance of sanctions up to and including a finding of contempt and the issuance of an arrest warrant.

The Clerk is **ORDERED** to serve this Order on Respondents my regular mail at the following addresses:

| | |
|---|---|
| Dhaliwal Trucking Co Inc. | Skhdeep Singh Brar |
| 10669 Nestling Drive | 2512 Falling Water Drive |
| Miamisburg, OH 45342 | Dayton, OH 45459 |

**IT IS SO ORDERED.**


Date:  April 30, 2018                              s/ Michael J. Newman
                                                                Michael J. Newman
                                                                United States Magistrate Judge