IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANN BOGIE, *et al.*,

    Plaintiffs,

v.

BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC, *et al.*,

    Defendants.

Case No. 3:18-cv-87

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (DOC. #9); DIRECTING
CLERK OF COURT TO CLOSE CASE

---

Based on the reasoning and citations of authority set forth in United States Magistrate Judge Michael Newman's Report and Recommendations, Doc. #9, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing and DIRECTS the Clerk of Court to terminate the above-captioned case on the Court's docket.

Although the parties were notified of their right to file Objections to the Report and Recommendation, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Date: August 6, 2018

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE